**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-6025**

———————————

UNITED STATES OF AMERICA,

                                Plaintiff - Appellee,

    versus

CHARLIE THOMPSON,

                                Defendant - Appellant.

———————————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. William L. Osteen, District Judge. (CR-88-152-G)

———————————

Submitted: May 25, 2000                 Decided: June 5, 2000

———————————

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Charlie Thompson, Appellant Pro Se. Benjamin H. White, Jr., Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charlie Thompson seeks to appeal the district court's order denying his motion for relief from judgment in his 1989 conviction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Thompson, No. CR-88-152-G (M.D.N.C. Nov. 3 & Nov. 30, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED